IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | |
|---|---|
| RICARDO GARZA, CARLOS ALVAREZ CASTRO, JEREMIAS CHEVEZ, MIGUEL FLORES, FELIPE GONZALEZ LUJAN, LUIS HERNANDEZ, and JOSE VALENCIANO,<br><br>Plaintiffs,<br><br>v.<br><br>DALLAS COUNTY, TEXAS, and LUPE VALDEZ,<br><br>Defendants. | CIVIL ACTION NO.<br><br>3:15-CV-4008<br><br>JURY TRIAL DEMANDED |

### PLAINTIFFS' NOTICE OF RELATED CASE

Pursuant to Northern District of Texas Local Rule 3.3, Plaintiffs hereby notify the Court of the following related case that arises from a common nucleus of operative facts with this lawsuit:

*Mercado, et al., v. Dallas County, Texas and Lupe Valdez,* 3:15-cv-3841-D

The *Mercado* case is still pending and has been assigned to Judge Sidney A. Fitzwater.

1

Dated: December 18, 2015    Respectfully submitted,

   /s/ ANTHONY M. GARZA
ANTHONY M. GARZA
  Texas State Bar No. 24050644
  agarza@ccrglaw.com
MICHAEL C. ZWEBER
  Texas State Bar No. 24003236
  mzweber@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

ERIC PUENTE
  Texas State Bar No. 24069225
  epuente@phflaw.com
RAYMOND M. HINDIEH
  Texas State Bar No. 24078666
  rhindieh@phflaw.com
**PUENTE & HINDIEH PLLC**
3300 Oak Lawn Ave., Ste. 401
Dallas, Texas 75219
Telephone: (214) 730-0485
Telecopier: (214) 730-0520

*Counsel for Plaintiffs*